**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEELWORKERS PENSION TRUST, By DANIEL A. BOSH, Chairman,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL VALUES, INC. and ANAND S. ANANDAN,<br><br>　　　　　Defendants. | Civil Action No. 2:23-cv-0266-NR |

## CONSENT JUDGMENT

　　With consent of the parties, judgment is hereby entered in the within action in favor of Plaintiff, Steelworkers Pension Trust, By Daniel A. Bosh, Chairman ("**SPT**") and against Defendants, Global Values, Inc. and Anand S. Anandan, as follows:

　　1.　　Defendant, Global Values, Inc. ("Defendant") is signatory to and bound by the terms of its Collective Bargaining Agreement and Pension Incorporation Agreement ("**Agreements**") with the United Steelworkers Union ("**Union**").  The Agreements are still in full force and effect.

　　2.　　Anand S. Anandan on behalf of Global Values, Inc. confirms that he is authorized to enter into this Consent Judgment on behalf of Global Values, Inc.  Defendants specifically consent to the Court's jurisdiction, as well as the use of a Magistrate Judge for all proceedings, including entry of judgment herein.  Defendants further confirm that all successors in interest, assignees, and affiliated entities (including, but not limited to, any parent or other controlling companies), and any companies with which Global Values, Inc. joins or merges, if any, shall also be bound by the terms of this Consent Judgment as Guarantors. This shall include any additional entities in which Global Values, Inc. is an owner or possesses any controlling ownership interest.

3. Defendant, Global Values, Inc., is currently indebted to the SPT for unpaid monthly remittance reports from June 2022 through February 2023 as follows:

| | |
|---|---:|
| Principal | $112,280.48 |
| Interest through 4/30/2023 | $7,754.31 |
| Liquidated Damages | $14,937.26 |
| Attorneys' Fees | $3,568.50 |
| Legal Costs | $402.00 |
| **TOTAL** | **$138,942.55** |

**REQUIREMENTS UNDER THE TERMS OF THIS CONSENT JUDGMENT**

4. Notice requirements pursuant to the terms of this Consent Judgment are as follows:

**Notices to Defendant**

Global Values, Inc.
Anand S. Anandan
582 E. Home Avenue
Palatine, IL  60074
Email:  anandan@granitevalues.com

**Notices to Plaintiff**

Neil J. Gregorio, Esquire
Jill D. Helbling, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
Emails:  ngregorio@tuckerlaw.com; jhelbling@tuckerlaw.com

5. The requirements pursuant to the terms of this Consent Judgment are as follows:

   a. **Payments**:  Global Values, Inc. and Anand S. Anandan shall conditionally pay the amount of $124,005.29, representing principal, interest through April 30, 2023, attorneys' fees and legal costs owed to the SPT.  Payments will be made on this judgment as follows:

| Payment No. | Due Date | Payment Amount |
|:---:|:---:|:---:|
| 1 | 6/10/2023 | $5,000.00 |

| | | |
|---|---|---|
| 2 | 7/10/2023 | $5,000.00 |
| 3 | 8/10/2023 | $5,000.00 |
| 4 | 9/10/2023 | $36,335.10 |
| 5 | 10/10/2023 | $36,335.10 |
| 6 | 11/10/2023 | $36,335.09 |
| | **TOTAL** | **$124,005.29** |

b. **Contributions**: Beginning with the month of March 2023, and for every month thereafter while Global Values, Inc. is signatory to a collective bargaining agreement with the Union, Global Values, Inc. and Anand S. Anandan agree to submit all monthly remittance reports and payments in a timely fashion that are due on the 10th day of each month. Defendant's failure to stay current on monthly reports and payments shall place Global Values, Inc. and Anand s. Anandan in default following ten (10) days written notice and opportunity to cure.

c. **Possible Bankruptcy**: The full amount of this judgment becomes due and owing prior to any filing of a bankruptcy petition by Defendants.

d. **Audit of Global Values, Inc.**: Defendant agrees that the amounts owed under the judgment are not because of an audit by the SPT. Defendant agrees that the SPT has the right to conduct an audit for any additional amounts since its last audit conducted, which includes any and all time periods in this judgment.

　　　　Should the SPT request an audit of Defendant's payroll records pursuant to the requirements of the Agreement and/or the incorporated Trust Agreements, Defendant must contact the auditor within seven (7) days of receiving notice and must schedule the audit as requested within fifteen (15) days of that date.

　　　　In the event that amounts are found due from the audit, the SPT shall send a copy of the audit report, and written demand to Defendant for

payment within twenty (20) days. In the event that the audit is not contested, payment in full shall be delivered to Steelworkers Pension Trust at the address provided in Paragraph 8 below.

In the event that Defendant disputes the total found due, the dispute must be submitted to the SPT in writing, with all supporting documentation within ten (10) days of the date of the demand. Defendant shall be notified as to whether revisions will be made to the audit. If revisions are not made, payment will be immediately due. If revisions are made, payment in the full revised amount shall be due immediately.

If Defendant is unable to make payment in full, a request may be submitted to add the amounts found due to this Consent Judgment. If the Consent Judgment is so revised, then Defendant shall execute the Amended Consent Judgment or Amendment to Consent Judgment within ten (10) days of receipt. Failure to execute the revised agreement shall constitute a default of the terms herein.

Failure by Defendant to submit either payment in full or a request to add the amounts due to this Consent Judgment within ten (10) days of receipt shall constitute a default of the obligations under this agreement. All amounts found due on the audit shall immediately become part of this Consent Judgment.

7. Plaintiff may require that Defendants pay electronically by wire transfer, or by cashier's check. Defendants shall have the right to increase the monthly payments at any time, and there is no penalty for prepayment.

8. Defendants shall mail the payments to:

Neil J. Gregorio, Esquire
Jill D. Helbling, Esquire
Tucker Arensberg, P.C.

       1500 One PPG Place
       Pittsburgh, PA 15222

Checks should be made payable to "Steelworkers Pension Trust."  In the alternative, wire instructions can be provided upon request for electronic transfers.

      9.    Failure to comply with any of the above terms, including submitting a payment that does not clear the bank, shall constitute a default of the obligations under this Consent Judgment.

## DEFAULTS UNDER THIS CONSENT JUDGMENT

      10.    If default occurs, Plaintiff shall make a written demand to Global Values, Inc. and Anand S. Anandan, to cure said default ***within ten days of the date of the notice from Plaintiff***.  In the event default is not cured within the required time frame, all amounts remaining due hereunder (after application of principal payments made, if any) shall be due and payable on demand by Plaintiff.  These amounts shall include, but not be limited to, any conditionally waived liquidated damages, additional interest, liquidated damages and attorneys' fees and costs incurred herein.

## MISCELLANEOUS PROVISIONS

      11.    The above requirements remain in full force and effect regardless of whether or not Defendant, Global Values, Inc. has ongoing work, or whether Global Values, Inc. is signatory to a Collective Bargaining Agreement with the Union.

## JUDGMENT PURSUANT TO CONSENT JUDGMENT

      12.    Interest continues to accrue at the rate of 1.25% per month on all unpaid principal until all payments due under this Consent Judgment are paid.  Prior to the last payment pursuant to this Consent Judgment, Plaintiff shall advise Defendants as to the final amount due, including interest, any current contributions, any late charges, and related amounts known to be due to Plaintiff, whether or not Global Values, Inc. and Anand S. Anandan default herein.  Any additional amounts due shall be paid in full.

13. Only after all amounts due under the terms of this Consent Judgment are paid in full, Defendant's account is otherwise current, and Defendant has fully complied with the terms of this Consent Judgment without default(s), Plaintiff will recommend to the Trustees a waiver of liquidated damages ($14,937.26). A Satisfaction of Judgment will be filed with the Court once all payments have cleared the bank. If the terms of this Consent Judgment are not met and waiver is not granted, all of the liquidated damages will be immediately due.

14. Defendants expressly waives all rights to stay of execution and appeal.

15. Any failure on the part of Plaintiff to take any action as provided herein in the event of any breach of the provisions of this Consent Judgment shall not be deemed a waiver of any subsequent breach.

16. The parties agree that any payments made pursuant to the terms of this Judgment shall be deemed to have been made in the ordinary course of business as provided under 11 U.S.C. Section 547(c)(2) and shall not be claimed by Defendant as a preference under 11 U.S.C. Section 547 or otherwise.

17. Should any provisions of this Consent Judgment be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term, or provisions shall be deemed not to be part of this Consent Judgment.

18. This Consent Judgment is limited to Global Values, Inc. and Anand S. Anandan with respect to delinquency owed by Defendants to the SPT.

19. This Consent Judgment contains all of the terms agreed to by Plaintiff and Global Values, Inc. and Anand S. Anandan and no other agreements between them have been made. Any changes to this Consent Judgment shall be effective only if made in writing and signed by Plaintiff and Defendants.

20. This Consent Judgment may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

21. Global Values, Inc. and Anand S. Anandan represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this Consent Judgment under the terms and conditions set forth herein, that they have read this Consent Judgment with care and are fully aware of and represent that they enter into this Consent Judgment voluntarily and without duress.

22. The parties agree that the Court shall retain jurisdiction of this matter until this Judgment is satisfied.

DATED: April 28, 2023

s/ J. Nicholas Ranjan
The Honorable J. Nicholas Ranjan
United States District Judge

TUCKER ARENSBERG, P.C.

*/s/ Jill D. Helbling*
Neil J. Gregorio, Esquire
PA I.D. No. 90859
ngregorio@tuckerlaw.com
Jill D. Helbling, Esquire
PA I.D. No. 85959
jhelbling@tuckerlaw.com

1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
*Attorneys for Plaintiff*

GLOBAL VALUES, INC.

/s/ [signature]
Anand S. Anandan

/s/ [signature]
Anand S. Anandan, Personally